

**CHEM–TAINER INDUSTRIES, INC., Plaintiff–Appellant,**

v.

**Larry WILKIN and Npt Engineering, Inc. (doing business as Kodiak Marine Products), Defendants–Appellees.**

No. 00–1211.

United States Court of Appeals, Federal Circuit.

Sept. 21, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Iluminada BORO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 01–3318.

United States Court of Appeals, Federal Circuit.

Sept. 25, 2001.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Harrison DOLOROSO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 01–3319.

United States Court of Appeals, Federal Circuit.

Sept. 25, 2001.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

**Jesse V. MYERS, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 01–3343.

United States Court of Appeals,
Federal Circuit.

Sept. 25, 2001.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Kenneth MOORE, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 01–3344.

United States Court of Appeals,
Federal Circuit.

Sept. 25, 2001.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**THE DOW CHEMICAL COMPANY, Plaintiff–Appellant,**

v.

**SUMITOMO CHEMICAL COMPANY, LTD. and Sumitomo Chemical America, Inc ., Defendants–Appellees.**

No. 00–1441.

United States Court of Appeals,
Federal Circuit.

Sept. 25, 2001.

ORDER

A combined petition for panel rehearing and for rehearing en banc having been